ROBERT H. HORN, SBN 134710
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Plaintiff
National Academy of Recording
Arts & Sciences, Inc.

Priority ✓
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUN 29 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2006 JUN 26 PM 3:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NATIONAL ACADEMY OF
RECORDING ARTS & SCIENCES, INC.,
a Delaware corporation,

    Plaintiff,

v.

2-TICKETS.COM, INC., a Georgia
corporation; and IAIN BLUETT, an
individual,

    Defendants.

Case No. CV 06-0567 GHK (FMOx)

**STIPULATED JUDGMENT AGAINST DEFENDANTS 2-TICKETS.COM, INC. AND IAIN BLUETT**

Based on the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in this action in favor of plaintiff National Academy of Recording Arts & Sciences, Inc. ("The Recording Academy") and against defendants 2-tickets.com, Inc. and Iain Bluett (collectively, "Defendants").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, and each of Defendants' respective agents, servants, employees, successors and assigns, and all those acting in concert or participation with any such persons, are hereby permanently enjoined and restrained from:

(1) offering or attempting to offer to buy or sell, or soliciting the purchase or

DOCKETED ON CM
JUN 30
BY

ORIGINAL

sale of, any ticket, badges, credentials or anything entitling access to any future GRAMMY Awards ceremony of The Recording Academy or Latin GRAMMY Awards ceremony of the Latin Academy of Recording Arts & Sciences, Inc. ("The Latin Recording Academy"), including pre- and post-ceremony events sponsored by or affiliated with The Recording Academy (*e.g.*, the MusiCares Person of the Year event), The Latin Recording Academy and/or any of their respective affiliates, including without limitation the Grammy Foundation and/or the MusiCares Foundation;

(2) offering to perform, attempting to perform, or performing any act as an intermediary, broker or middleman relating to the purchase, sale or transfer of tickets, badges, credentials or anything entitling access to any future GRAMMY Awards ceremony of The Recording Academy or Latin GRAMMY Awards ceremony of The Latin Recording Academy, including pre- and post-ceremony events sponsored by or affiliated with The Recording Academy (*e.g.*, the MusiCares Person of the Year event), The Latin Recording Academy and/or any of their respective affiliates, including without limitation the Grammy Foundation and/or the MusiCares Foundation;

(3) advertising or publishing any offer to purchase, sell, transfer or broker, or to otherwise act as an intermediary, broker or middleman, relating to the purchase, sale or transfer of tickets, badges, credentials or anything entitling access to any future GRAMMY Awards ceremony of The Recording Academy or Latin GRAMMY Awards ceremony of The Latin Recording Academy, including pre- and post-ceremony events sponsored by or affiliated with The Recording Academy (*e.g.*, the MusiCares Person of the Year event), The Latin Recording Academy and/or any of their respective affiliates, including without limitation the Grammy Foundation and/or the MusiCares Foundation;

(4) attending or attempting to gain access to any future GRAMMY Awards ceremony of The Recording Academy or Latin GRAMMY Awards ceremony of

The Latin Recording Academy, including pre- and post-ceremony events sponsored by or affiliated with The Recording Academy (*e.g.*, the MusiCares Person of the Year event), The Latin Recording Academy and/or any of their respective affiliates, including without limitation the Grammy Foundation and/or the MusiCares Foundation;

(5) participating in, aiding or facilitating, or attempting to participate in, aid or facilitate, any effort by any person to gain access to any future GRAMMY Awards ceremony of The Recording Academy or Latin GRAMMY Awards ceremony of The Latin Recording Academy, including pre- and post-ceremony events sponsored by or affiliated with The Recording Academy (*e.g.*, the MusiCares Person of the Year event), The Latin Recording Academy and/or any of their respective affiliates, including without limitation the Grammy Foundation and/or the MusiCares Foundation;

(6) receiving any compensation, whether in money, in kind or otherwise, for any of the acts described in paragraphs (1) through (5) above;

(7) acquiring or attempting to acquire, purchasing or attempting to purchase, using or attempting to use, or maintaining or attempting to maintain any list or other documents disclosing the identities of members of The Recording Academy or The Latin Recording Academy; and

(8) using or displaying for any purpose any registered mark, or any depiction, image, photograph, picture, illustration or other visual representation containing any registered mark, owned by The Recording Academy, The Latin Recording Academy and/or any of their respective affiliates, including without limitation the Grammy Foundation and/or the MusiCares Foundation.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that The Recording Academy shall have judgment against Defendants, and each of them, in the amount of $5,000.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if The Recording Academy, after notice to Defendants and an opportunity to be heard, establishes to the satisfaction of the Court that Defendants, or any of them, have violated this injunction, Defendants shall pay the sum of $10,000 to The Recording Academy as liquidated damages for each violation so established.

DATED: 6/29/06

_____
Hon. George H. King
United States District Judge

4

# PROOF OF SERVICE

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On June 26, 2006, I served the foregoing document described as:

**STIPULATED JUDGMENT AGAINST DEFENDANTS 2-TICKETS.COM, INC. AND IAIN BLUETT**

by placing ☐ the original ☒ true copies thereof enclosed in a sealed envelope addressed as follows:

Andrea Alexander, Esq.
Alexander Wick LLP
633 W 5th St 28th Fl
Los Angeles, CA 90071

☒ (By U.S. Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Personal Service)
  ☐ By personally delivering such envelope to the addressee.
  ☐ By causing such envelope to be delivered by messenger to the office of the addressee.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 26, 2006, at Los Angeles, California.

_____S. MICHIKO KONDO_____     _____[signature]_____
Type or Print Name                                Signature

5489/54151-001
CURRENT/8628528V1